FILED

AUG 18 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO 21-CR-30121-NJR |
| DAKOTA OLSON, | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Alexandria Burns, Assistant United States Attorney for said District, herewith enters into the following Stipulation of Facts with the defendant,

1. Between July 19, 2019, and February 13, 2020, Dakota Olson accessed his Dropbox account by use of the internet on a cellular phone while in the Southern District of Illinois. That account contained in excess of 150 different child pornography videos. Specifically, many of the videos contained prepubescent minors engaging in sexually explicit conduct.

2. The videos had been shipped or transported in, or affected interstate or foreign commerce, by Olson's use of a cellular phone.

3. Olson was interviewed by law enforcement and acknowledged that he previously accessed the Dropbox account on a cellular phone. Olson admitted that the account contained child pornography that he received from other people through "Kik", an online messaging application.

5. All relevant events occurred within the Southern District of Illinois.

**SO STIPULATED:**

_____  
DAKOTA OLSON  
Defendant

STEVEN D. WEINHOEFT  
United States Attorney

_____  
ALEXANDRIA BURNS  
Assistant United States Attorney

_____  
TODD SCHULTZ  
Attorney for Defendant

Date: __08-12-21__

Date: __8/17/2021__